**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| KENNETH JON PINER, | : | No. 69 WM 2017 |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| BLAIR COUNTY COMMON PLEAS COURT, | : | |
| | : | |
| Respondent | : | |

**ORDER**

**PER CURIAM**

   **AND NOW**, this 26th day of October, 2017, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are DISMISSED. *See Commonwealth v. Ali*, 10 A.3d 282 (Pa. 2010) (explaining that hybrid representation is not permissible).

   The Prothonotary is DIRECTED to forward the filings to counsel of record.